IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

VIELKA AMANTES,

    Plaintiff,

v.

B&R MACHINE, INC.,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-218-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant B&R Machine, Inc. and this case is dismissed.

*Peter Oppeneer* (signature)
Peter Oppeneer, Clerk of Court

APR 2 4 2009
Date